**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Augustine PEREZ, Defendant–**
**Appellant,**

**and**

**$15,716.00 IN U.S. CURRENCY,**
**Defendant.**

**No. 03–6364.**

United States Court of Appeals,
Fourth Circuit.

Submitted June 12, 2003.

Decided June 17, 2003.

Augustine Perez, Appellant Pro Se. Ray B. Fitzgerald, Jr., Office of the United States Attorney, Charlottesville, Virginia, for Appellee.

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Augustine Perez appeals the district court's order denying his Fed.R.Civ.P. 60(b) motion. We have reviewed the record and find no reversible error. Accord-

ingly, we affirm for the reasons stated by the district court. *See United States v. Perez,* No. CA–90–4–L (W.D.Va. Jan. 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*